631 A.2d 597

In the Matter of the Office of Lynda STRATE, Supervisor of Frazer Township, Allegheny County, Pennsylvania.

Appeal of Christine HEINTZINGER, Penny A. Rich and Carol L. Creevey.

Supreme Court of Pennsylvania.

Argued Sept. 23, 1993.

Decided Oct. 15, 1993.

*ORDER*

PER CURIAM:

Order affirmed.